

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00412-CR

**EX PARTE** Kevin **OWENS,**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1906
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

At this time, the clerk's and the reporter's records have been submitted.  Appellant now has the opportunity to brief his issue.  *See* TEX. R. APP. P. 31.1(b).  In this accelerated appeal, Appellant's brief is due within twenty days of this order, on December 6, 2021.  Appellee's brief will be due twenty days after Appellant's brief has been filed.  Appellant's reply brief will be due twenty days after Appellee's brief is filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court